IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR, JR.,

    Petitioner,                    No. CIV S-05-1871 DFL DAD P

    vs.

RODDERICK HICKMAN, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is serving a life sentence for a murder conviction imposed in the Butte County Superior Court. On August 11, 2004, the California Board of Prison Terms conducted petitioner's seventeenth parole consideration hearing and denied parole for two years. Petitioner challenges the Board's decision.[1]

        Petitioner has paid the required filing fee of $5.00 but has also filed an application for leave to proceed in forma pauperis. Examination of the application reveals that petitioner is

---

[1] In separate proceedings, petitioner has challenged the Board's previous denial of parole in 2002 (case No. CIV S-04-0584 MCE JFM P) and former Governor Davis' reversal of the Board's decision to grant parole in 2003 (case No. CIV S-05-1870 FCD PAN P). The Federal Defender was appointed to represent petitioner in case No. CIV S-04-0584 MCE JFM P, and Assistant Federal Defender Carolyn Wiggin is petitioner's attorney of record in that action.

1

1 unable to afford the costs of this suit.  Petitioner's request to proceed in forma pauperis will
2 therefore be granted.  See 28 U.S.C. § 1915(a).

3 Petitioner has also requested appointment of counsel.  The court's preliminary
4 review of the habeas petition reveals that petitioner may be entitled to relief if the claimed
5 violations of constitutional rights are proved.  See Rule 4, Fed. R. Governing § 2254 Cases.  In
6 light of the complexity of the legal issues involved in this case, the court finds that the interests
7 of justice require appointment of counsel at this time.  See 18 U.S.C. § 3006A(a)(2)(B); see also
8 Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Petitioner's request for appointment of
9 counsel will therefore be granted.

10 Accordingly, IT IS ORDERED that:

11 1. Petitioner's October 7, 2005 application to proceed in forma pauperis is
12 granted;

13 2. Petitioner's September 19, 2005 request to appoint counsel is granted;

14 3. The Federal Defender is appointed to represent petitioner;

15 4. The Clerk of the Court is directed to electronically serve this order and
16 petitioner's September 19, 2005 petition for writ of habeas corpus on David Porter, Assistant
17 Federal Defender; petitioner's counsel shall contact the Clerk's Office to make arrangements
18 regarding any other documents in the file;

19 5. The Clerk of the Court is directed to electronically serve this order and
20 petitioner's September 19, 2005 petition for writ of habeas corpus on Jennifer A. Neill, Lead
21 Supervising Deputy Attorney General;

22 6. A status conference is set for January 13, 2006, at 10:00 a.m. in Courtroom 27;

23 7. All parties shall appear at the conference by counsel but may appear
24 telephonically upon making proper arrangements.  To arrange telephonic appearance, a party
25 shall contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128, no later than
26 48 hours prior to the status conference; and

1  8. Five court days prior to the status conference, petitioner shall file and serve a brief preliminary status report concerning the need for discovery and investigations, the need to exhaust additional claims, and possible amendments to the pleadings.

DATED: October 24, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
carr1871.110a