IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR, JR.,

    Petitioner,                  No. CIV S-05-1871 DFL DAD P

    vs.

RODDERICK HICKMAN, et al.,

    Respondents.              <u>ORDER</u>

_____/

        On October 24, 2005, the Federal Defender was appointed to represent petitioner, and this matter was set for status conference on January 13, 2006.  Petitioner was directed to file a status report addressing the need for discovery and investigation, the need to exhaust any additional claims, and possible amendments to the petition.  Although respondents were not directed to file a response to the pro se petition, respondents have filed a motion to dismiss. Petitioner's counsel has filing a status report in which she requests that the court take the status conference off calendar and permit petitioner to file a status report after the motion to dismiss is resolved.  Petitioner indicates that respondents join in this request.  The parties' request to take the status conference off the court's calendar will be granted.

        The court's docket reflects that petitioner's counsel filed a document on January 3, 2006, and docketed it as "Memorandum/Response in Opposition to Government's Motion to

1

Dismiss Petition." The document is a copy of opposition previously filed by counsel in another case in 2005. It appears that the document was filed in error. Petitioner will be granted fifteen days to file opposition to the pending motion to dismiss, and respondents will be granted fifteen days to file their reply. The motion to dismiss will be taken under submission on the record and the parties' briefs. See Local Rule 78-230(h).

Accordingly, IT IS ORDERED that:

1. Petitioner's January 4, 2006 request to take the status conference off calendar is granted;

2. The status conference set for January 13, 2006, at 10:00 a.m. is taken off calendar and will be re-set, if appropriate, after respondents' motion to dismiss has been resolved;

3. Petitioner is granted fifteen days from the date of this order to file opposition to respondents' December 20, 2005 motion to dismiss; respondents' reply shall be filed within fifteen days after petitioner's opposition is served; and

4. The hearing of respondents' motion to dismiss, set for January 20, 2006, at 10:00 a.m. before the undersigned, is taken off calendar and the motion will be submitted on the record and briefs on file upon the filing of respondents' reply or, if no reply is filed, upon expiration of the time for filing a reply.

DATED: January 5, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
carr1871.sched