IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR, JR.,

      Petitioner,                          No. CIV S-05-1871 DFL DAD P

   vs.

BOB HOREL, et al.,

      Respondents.                  ORDER

_____/

        Pursuant to the court's September 5, 2006 order, petitioner has filed a status report. Upon consideration of the status report, the court will substitute Bob Horel for respondent Roderick Hickman and grant petitioner leave to file a supplemental brief in support of the pro se habeas petition filed on September 19, 2005.

        The court previously reviewed the pro se petition and found that petitioner may be entitled to relief if the claimed violations of constitutional rights are proved. (Order filed Oct. 24, 2005, at 2.) The petition was electronically served on respondents with the court's October 24, 2005 order. Respondents will be directed to respond to the petition as supplemented.

        Accordingly, IT IS ORDERED that:

        1. Bob Horel is substituted for respondent Roderick Hickman, and the Clerk of the Court shall amend the docket for this action to reflect the substitution;

1

2. Petitioner is granted leave to file and serve a supplemental brief in support of the petition filed on September 19, 2005, and the brief shall be filed and served within 45 days after this order is served;

3. Respondents are directed to file a response to petitioner's September 19, 2005 habeas petition within thirty days after petitioner's supplemental brief is served. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the grounds for relief alleged in the habeas petition. See Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to the habeas petition is a motion, the motion shall be noticed and briefed in accordance with Local Rule 78-230(b), (c) and (d);

5. If the response to the habeas petition is an answer, petitioner's reply to the answer shall be filed within thirty days after the answer is served; any motion for an evidentiary hearing shall be filed concurrently with petitioner's reply to the answer;

6. All motions shall be noticed for hearing before the undersigned on a regularly scheduled law and motion calendar. Parties may appear at the hearing telephonically; to arrange telephonic appearance, a party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days prior to the hearing;.

DATED: November 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
carr1871.brfg