DANIEL J. BRODERICK, #89424
Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
CHARLES H. CARR, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. CARR, JR., | No. 2:05-cv-01871-MCE-JFM |
| Petitioner, | |
| v. | STIPULATION AND ORDER STAYING CASE UNTIL OCTOBER 21, 2011 |
| BOB HOREL, et al., | |
| Respondent. | Judge: Hon. John F. Moulds |

Petitioner, CHARLES H. CARR, JR., by and through counsel, Assistant Federal Defender Carolyn M. Wiggin, and Respondent, Warden MATTHEW CATE, by and through counsel, Deputy Attorney General Pamela B. Hooley, hereby stipulate to and jointly request a stay of the proceedings in this matter until October 21, 2011.

This request is made because Mr. Carr is currently on parole pursuant to this Court's order in related case nos. 2:04-cv-00584-MCE-JFM, 2:05-cv-01870-MCE-JFM, and 2:05-cv-01871-MCE-JFM. On June 28, 2011, the Ninth Circuit reversed the judgments in those three cases and remanded the cases to

Stipulation and Order
00280899.wpd                                        1

this Court for further proceedings.  *See Carr v. Sisto*, No. 09-15615, *Carr v. Woodford*, No. 09-15616, and *Carr v. Horel*, No. No. 09-15617.  Rather than immediately seek Mr. Carr's return to state prison, the California Board of Parole Hearings ("BPH") has agreed to give Mr. Carr a "Not in Custody," or "NIC" hearing on September 21, 2011.  At that hearing BPH officials will decide whether or not they are willing to allow Mr. Carr to remain on parole for the remainder of his parole term.  If the BPH decides that Mr. Carr can remain on parole for the remainder of his parole term, after which he will be discharged from parole if he successfully serves his parole term, then this case and the related district court cases will become moot.

In order to conserve judicial resources, the parties ask that the Court stay this case until the parties know the outcome of the September 21, 2011 hearing.   The parties ask that this case be stayed until October 21, 2011, on which date the parties will file status reports regarding the outcome of the September 21, 2011, hearing, and the need, if any, for any further pleadings or briefs.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated: July 22, 2011

*/s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender

Attorneys for Petitioner
CHARLES H. CARR


KAMALA D. HARRIS
Attorney General of the State of California

Dated: July 22, 2011

*/s/ Pamela B. Hooley*
PAMELA B. HOOLEY
Deputy Attorney General

Attorneys for Respondents

Stipulation and Order
00280899.wpd                                                 2

1 ORDER

2     Pursuant to the parties' stipulation, and good cause appearing therefor, it is hereby ORDERED that
3 this matter is stayed until October 21, 2011. On October 21, 2011, the parties shall file status reports
4 regarding the outcome of the September 21, 2011, hearing, and the need, if any, for any further pleadings
5 or briefs.

6     IT IS SO ORDERED.

8 Dated: July 28, 2011.

UNITED STATES MAGISTRATE JUDGE

12 carr1871.sty

28 Stipulation and Order
00280899.wpd      3