DANIEL J. BRODERICK, #89424
Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
CHARLES H. CARR, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. CARR, JR., | No. 2:05-cv-01871-MCE-JFM |
| Petitioner, | |
| v. | STIPULATION AND ORDER STAYING CASE UNTIL JANUARY 26, 2012 |
| BOB HOREL, et al., | |
| Respondent. | Judge: Hon. John F. Moulds |

Petitioner, CHARLES H. CARR, JR., by and through counsel, Assistant Federal Defender Carolyn M. Wiggin, and Respondent, Warden CAROL DALY, by and through counsel, Deputy Attorney General Pamela B. Hooley, hereby stipulate to and jointly request a stay of the proceedings in this matter until January 26, 2012.

Mr. Carr was released from prison pursuant to this Court's order in related case nos. 2:04-cv-00584-MCE-JFM, 2:05-cv-01870-MCE-JFM, and 2:05-cv-01871-MCE-JFM.

/////

Stipulation and Order
00285233.wpd                                        1

On June 28, 2011, the Ninth Circuit reversed the judgments in those three cases and remanded the cases to this Court for further proceedings. *See Carr v. Sisto*, No. 09-15615, *Carr v. Woodford*, No. 09-15616, and *Carr v. Horel*, No. 09-15617. Rather than immediately seek Mr. Carr's return to state prison, the California Board of Parole Hearings held a "Not in Custody" or "NIC" parole consideration hearing for Mr. Carr on September 21, 2011. At the conclusion of that hearing the panel found Mr. Carr suitable for parole. If neither the Board nor the Governor vacate or reverse the panel's decision, it will become final on or before January 19, 2012.

In order to conserve judicial resources, the parties ask that the Court stay this case until the parties know whether the parole suitability decision is to become final. Assuming that the decision becomes final on or before January 19, 2012, then one week later, on January 26, 2012, the stay in this matter will be lifted and Mr. Carr will file a request to voluntarily dismiss this petition. If, on the other hand, the parole suitability decision is vacated or reversed by the Board or Governor, then on or before January 26, 2012, the parties will file a joint status report regarding the need, if any, for further motions or briefing.

                                                Respectfully submitted,

                                                DANIEL BRODERICK
                                                Federal Defender

Dated: October 21, 2011                    */s/ Carolyn M. Wiggin*
                                                CAROLYN M. WIGGIN
                                                Assistant Federal Defender

                                                Attorneys for Petitioner
                                                CHARLES H. CARR


                                                KAMALA D. HARRIS
                                                Attorney General of the State of California

Dated: October 21, 2011                    */s/ Pamela B. Hooley*
                                                PAMELA B. HOOLEY
                                                Deputy Attorney General

                                                Attorneys for Respondent

ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, it is hereby ORDERED that this matter is stayed until January 26, 2012.   On or before January 26, 2012, either petitioner shall file a request for voluntary dismissal of this petition or the parties shall file a joint status report regarding the need, if any, for further motions or briefing.

IT IS SO ORDERED.

Dated: November 7, 2011.

UNITED STATES MAGISTRATE JUDGE

carr1871.stip2