DANIEL J. BRODERICK, Bar #89494
Federal Defender
CAROLYN M. WIGGIN, Bar # 182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
CHARLES H. CARR, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. CARR, JR., <br><br> Petitioner, <br><br> v. <br><br> BOB HOREL, <br><br> Respondent. | No. 2:05-cv-01871-MCE -JFM <br><br> **STIPULATION TO LIFT STAY AND FOR VOLUNTARILY DISMISSAL; ORDER** |

    Petitioner, Charles H. Carr, Jr., by and through counsel, Assistant Federal Defender Carolyn M. Wiggin, and Respondent, Bob Horel, by and through counsel, Deputy Attorney General Pamela B. Hooley, hereby stipulate to and jointly request that this Court lift the stay that is currently in place in this matter.

    Pursuant to Rule 12 of the Rules Governing Section 2254 Proceedings and Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties further stipulate to

//
//
//
//
//

286748                                                    1

dismissal of this action. Mr. Carr was found suitable for parole on September 21, 2011, and that decision has now become final.

                              Respectfully submitted,

                              DANIEL BRODERICK
                              Federal Defender

Dated: November 17, 2011            */s/ Carolyn M. Wiggin*
                              CAROLYN M. WIGGIN
                              Assistant Federal Defender

                              Attorneys for Petitioner
                              CHARLES H. CARR

Dated: November 19, 2011            */s/ Charles H. Carr*[1]
                              CHARLES H. CARR


                              KAMALA D. HARRIS
                              Attorney General of the State of California

Dated: November 17, 2011            */s/ Pamela B. Hooley*
                              PAMELA B. HOOLEY
                              Deputy Attorney General
                              Attorneys for Respondent

_____

## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, it is hereby ordered that the stay in this matter is lifted. It is further ordered that this petition is dismissed. The Clerk of the Court is directed to dismiss this case.

IT IS SO ORDERED.

Dated: December 8, 2011

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE

---

1. Original signature on file with defense counsel.